SCANNED

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civ. No. 07-15-P-S |
| ) | |
| NINE THOUSAND ONE HUNDRED ) | |
| DOLLARS ($9,100.00), IN UNITED ) | |
| STATES CURRENCY ) | |
| ) | |
| DEFENDANT-IN-REM. ) | |

### DECREE OF FORFEITURE

WHEREAS, on February 7, 2007, a Verified Complaint for Forfeiture against the defendant-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 21, United States Code, §§ 881(a)(4) and (a)(6) ; and

WHEREAS, it appearing that process was fully issued in this action and returned according to law; and

WHEREAS, on March 16, 2007, notice of this action was published in the Lakes Region Suburban Weekly, a newspaper of general circulation; and

WHEREAS, on March 13, 2007, Edward Duerr accepted service of the Verified Complaint for Forfeiture, the Summons and Warrant of Arrest and Notice through his attorney Peter J. Cyr; and

WHEREAS, Edward Duerr filed a claim and answer on about April 9, 2007; and

WHEREAS, on August 10, 2007, a Settlement Stipulation was entered into between Edward Duerr and the United States of America; and

WHEREAS, on August 13, 2007, this Court ordered the Settlement Stipulation into the

record, settling this case on the terms and conditions set forth therein; and

WHEREAS, no other persons or entities have filed a claim to the defendant-in-rem and the time to file a claim has passed;

NOW THEREFORE, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the sum of $7,350 in United States currency is hereby forfeited to the United States of America;

**IT IS FURTHER ORDERED** that the sum of $1,750 shall be returned to claimant, Edward Duerr in accordance with the terms of the Settlement Stipulation and Order; and

**IT IS FURTHER ORDERED** that the United States of America will dispose of the forfeited property in accordance with law.

**SO ORDERED,**

8/14/07

George Z. Singal
Chief United States District Court